IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

MARSHALL DIVISION

| | | |
|---|---|---|
| JAMIE LEE BLEDSOE | § | |
| v. | § | CIVIL ACTION NO. 2:08cv436 |
| DIRECTOR, TDCJ-CID | § | |

**MEMORANDUM ADOPTING REPORT AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE
AND ENTERING FINAL JUDGMENT**

The Petitioner Jamie Bledsoe, proceeding *pro se*, filed this application for the writ of habeas corpus complaining of two convictions which he has received. This Court ordered that the case be referred to the United States Magistrate Judge pursuant to 28 U.S.C. §636(b)(1) and (3) and the Amended Order for the Adoption of Local Rules for the Assignment of Duties to United States Magistrate Judges.

Bledsoe says that the convictions which he challenges are numbered 90-213x and 99-0214x, saying that these convictions are illegal. He acknowledged in his petition that he did not appeal either of the convictions, nor did he file a state habeas corpus petition with respect to either of them. Bledsoe specifically says that he has not sought any other relief with regard to these convictions, and has not presented his claims to the Texas Court of Criminal Appeals.

After review of the pleadings, the Magistrate Judge issued a Report recommending that Bledsoe's federal habeas petition be dismissed without prejudice for failure to exhaust state remedies, as required by 28 U.S.C. §2254(b) and (c). Bledsoe received a copy of this Report, but filed no objections thereto; accordingly, he is barred from *de novo* review by the district judge of those findings, conclusions and recommendations and, except upon grounds of plain error, from appellate review of the unobjected-to factual findings and legal conclusions accepted and adopted

by the district court. *Douglass v. United Services Automobile Association*, 79 F.3d 1415, 1430 (5th Cir. 1996) (*en banc)*.

The Court has reviewed the pleadings in this cause as well as the Report of the Magistrate Judge. Upon such review, the Court has concluded that the Report of the Magistrate Judge is correct. It is accordingly

ORDERED that the Report of the Magistrate Judge is ADOPTED as the opinion of the District Court. It is further

ORDERED that the above-styled application for the writ of habeas corpus be and hereby is DISMISSED without prejudice for failure to exhaust state remedies. It is further

ORDERED that any and all motions which may be pending in this action are hereby DENIED.

SIGNED this 20th day of August, 2009.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE